**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>) Civil Action No. 5:21-CV-00042-TTC<br>v. )<br>)<br>FAITH M. STEEN, CAROL MAUTINO, ) **THE LINCOLN NATIONAL LIFE**<br>and STOVER FUNERAL HOME & ) **INSURANCE COMPANY'S MOTION TO**<br>CREMATORY, INC., ) **DEPOSIT FUNDS AND BE DISMISSED**<br>)<br>Defendants. )<br>)<br>) | |

Plaintiff The Lincoln National Life Insurance Company ("Lincoln"), by and through its attorneys, hereby files its Motion to Deposit Funds and Be Dismissed (the "Motion").

For the reasons stated in the accompanying Brief in Support of the Motion, Lincoln respectfully requests that the Court enter an Order (i) permitting Lincoln to deposit into the registry of this Court the interpleaded funds representing the Policy Benefit; (ii) dismissing Lincoln from this action with prejudice and discharging it from any further liability under the Lincoln Policy; and (iii) permanently enjoining all Defendants from pursuing any further action or proceedings against Lincoln with respect to the Lincoln Policy or the Policy Benefit. A proposed order is attached hereto.

WHEREFORE, The Lincoln National Life Insurance Company respectfully requests that the Court enter an Order (i) permitting Lincoln to deposit into the registry of this Court the interpleaded funds representing the Policy Benefit; (ii) dismissing Lincoln from this action with prejudice and discharging it from any further liability under the Lincoln Policy; and (iii)

permanently enjoining all Defendants from pursuing any further action or proceedings against Lincoln with respect to the Lincoln Policy or the Policy Benefit.

Respectfully submitted, this the 20th day of August, 2021.

                **BRADLEY ARANT BOULT CUMMINGS LLP**

                */s/ G. Benjamin Milam*
                G. Benjamin Milam (VA bar No. 85615)
                214 N. Tryon St., Suite 3700
                Charlotte, NC 28205
                Tel: (704) 338-6049
                Fax: (704) 332-8858
                bmilam@bradley.com

                *Attorney for Plaintiff The Lincoln National Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MOTION TO DEPOSIT AND BE DISMISSED** was served upon the following parties via the Court's CM/ECF notification system and via U.S. Mail:

Andrew S. Baugher
Shannon A. Temlak
Flora Pettit PC
90 North Main Street, Suite 201
P.O. Box 1287
Harrisonburg, VA 22803
*Counsel for Defendant Carol Mautino*

Faith M. Steen
738 Spring Parkway
Woodstock, VA 22664
*Pro Se Defendant*

Stover Funeral Home & Crematory, Inc.
c/o Marty White
177 North Holliday Street
Strasburg, VA 22657
*Defendant*

This the 20th day of August, 2021.

>                                    */s/ G. Benjamin Milam*
>                                    G. Benjamin Milam