IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:21-cv-00042 |
| v. | ) ) ) | **ORDER** |
| FAITH M. STEEN, *et al.*, | ) ) | By:  Hon. Thomas T. Cullen United States District Judge |
| Defendants. | ) ) | |

For the reasons given in the accompanying Memorandum Opinion, Lincoln's motion for a default judgment against Stover (ECF No. 25) is **GRANTED**.

It is further **ORDERED** that Lincoln's motion to deposit funds and to be dismissed from this action (ECF No. 22) is **GRANTED**. Lincoln is **ORDERED** to deposit the policy's $50,000 death benefit and any accrued interest into the registry of the court within five days of this Order. Lincoln is further **ORDERED** to notify the court that the deposit has been made. At that time, the court will issue an order (1) dismissing Lincoln from this action with prejudice and (2) permanently enjoining Faith, Mautino, and Stover from undertaking any further actions or proceedings against Lincoln as to the contested death benefit.

Mautino's motion for judgment on the pleadings (ECF No. 15) remains pending. Faith has 14 days from the date of this order to file a brief in opposition to the motion, if she wishes to do so. Mautino will have 7 days from the date of Faith's filing to file a reply brief.

The clerk is directed to forward a copy of this Order to all parties and counsel of record.

**ENTERED** this 1st day of November, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE