IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | Civil Action No. 5:21-cv-00042 |
| v. ) ) | **ORDER** |
| FAITH M. STEEN, *et al.*, ) ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendants. ) | |

It is hereby **ORDERED** that Defendant Carol Mautino's motion for judgment on the pleadings (ECF No. 15) is **GRANTED**. The case is **STRICKEN** from the court's active docket.

The Clerk is **ORDERED** to issue a check in the amount of $52,431.51, which represents the total deposit of funds interplead with the Court, plus any accrued interest. The check shall be payable to Carol Mautino, c/o Andrew S. Baugher, Flora Pettit PC, 90 N. Main Street, Suite 201, Harrisonburg, VA 22802.

The clerk is directed to forward a copy of this Order to all parties and counsel of record.

**ENTERED** this 17th day of December, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE