

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
116 N. MAIN STREET, ROOM 314
HARRISONBURG, VA 22802

OFFICIAL BUSINESS

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

FEB 03 2022

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

Faith M. Steen
738 Spring Pkwy
Woodstock, VA 22664

NIXIE          601      CC 1          0101/11/22
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

MANUAL PROC REQ       *2192-06732-28-36